■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE G. SHARKEY, JR., Appellant.— Order unanimously reversed and matter remitted to Onondaga County Court for a hearing. Memorandum: The facts stated in the petiton were sufficient to require a hearing. (Appeal from order of Onondaga County Court denying without a hearing, motion to vacate a judgment of conviction for robbery, first degree, rendered December 22, 1952.) Present — Williams, P. J., Goldman, Henry and Noonan, JJ.